FILED IN THE
U.S. DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON

Dec 22, 2015

SEAN F. McAVOY, CLERK

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON

| UNITED STATES OF AMERICA, | No. 2:15-CR-0133-SMJ-1 |
|---|---|
| Plaintiff, | |
| v. | **ORDER** |
| GILNER ERNESTO GARCIA, | |
| Defendant. | |

Before the Court, without oral argument, is the United States Attorney's Office's Unopposed Motion for Discovery Protective Order, ECF No. 37. The Court is fully informed and grants the motion.

Accordingly, **IT IS HEREBY ORDERED**: USAO's Unopposed Motion for Discovery Protective Order, **ECF No. 37**, is **GRANTED.** The Court enters the discovery protective order at **ECF No. 37-1.**

**IT IS SO ORDERED.** The Clerk's Office is directed to enter this Order and provide copies to all counsel.

**DATED** this 22nd day of December 2015.

*[signature]*
SALVADOR MENDOZA, JR.
United States District Judge

Q:\SMJ\Criminal\2015\USA v Garcia et al-0133\ord grant protective2 lc1 docx

ORDER **-** 1